COM.

v.

**MITAL, R.**

**1935 WDA 2016**

Superior Court of Pennsylvania.

06/14/2017

CP–26–CR–0000075–2015 (Fayette)

Affirmed

**BL PARTNERS GROUP**

v.

**INTERBROAD, LLC**

**465 EDA 2016**

Superior Court of Pennsylvania.

06/15/2017

May Term, 2015—Case No. 02432 (Philadelphia)

Reversed/Remanded

KE, L.

v.

**FRY, J.**

**2587 EDA 2016**

Superior Court of Pennsylvania.

06/15/2017

Reargument Denied 9/11/2017

No. 2073 January Term, 2016 (Philadelphia)

Affirmed

COM.

v.

**MACK, C.**

**2917 EDA 2016**

Superior Court of Pennsylvania.

06/15/2017

CP–39–CR–0005294–2015 (Lehigh)

Affirmed